### CARL C. WHITEHOUSE vs. GRANVILLE A. DURRELL.

Knox County. Decided November 20, 1911. Action of assumpsit to recover the consideration for one undivided half of a farm. Plea, the general issue. Verdict for plaintiff for $600. Defendant filed a general motion for a new trial also a motion for a new trial on the ground of newly discovered evidence. Motions overruled. *C. T. Smalley*, for plaintiff. *Reuel Robinson*, for defendant.

---

### JONAS EDWARDS vs. GEORGE R. LEWIS.

Androscoggin County. Decided November 22, 1911. Action to recover damages for an alleged breach of a contract to purchase the stock of an undertaker's establishment in Auburn. The plaintiff claimed that the defendant agreed to purchase the stock for $2500 and paid him $100 "in earnest to bind the bargain," the balance to be paid in one week. The defendant contended that he made no contract to purchase the stock but that the $100 paid by him to the plaintiff was for the purpose of obtaining an option to purchase the stock within one week for $2500, and that he exercised his right not to purchase the stock and forfeited the $100 paid. Verdict for defendant. The plaintiff moved for a new trial. Motion overruled. *Oakes, Pulsifer & Ludden*, for plaintiff. *Harry Manser*, for defendant.